ACCEPTED
15-25-00206-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/5/2025 2:01 PM
CHRISTOPHER A. PRINE
CLERK

CAUSE NO. D-1-GN-23-005614

ACCEPTED
15-25-00206-CV
Velva L. Price
District Clerk
Travis County
D-1-GN-23-005614
Rosa Oneal

| | | |
|---|---|---|
| **ALPHONSE LIPKINS, ALEXANDRIA PRITCHARD, and REBECCA MURIE,** *Plaintiffs,* | § § § § | **IN THE DISTRICT COURT OF** |
| | § § | |
| **v.** | § § | **TRAVIS COUNTY, TEXAS** |
| | § | |
| **TEXAS HEALTH AND HUMAN SERVICES COMMISSION,** *Defendant.* | § § § § | **53RD JUDICIAL DISTRICT** |

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/5/2025 2:01:50 PM
CHRISTOPHER A. PRINE
Clerk

## REQUEST FOR REPORTER'S RECORD

TO THE CLERK OF SAID COURT:

COME NOW, Defendants, Texas Health and Human Services Commission, in the above styled and numbered cause, pursuant to Rule 34.6 of the Texas Rules of Appellate Procedure, and request that the official court reporter for the Honorable Maria Cantú Hexsel, prepare the reporter's record of this case and forward it to the Fifteenth Court of Appeals, Austin, Texas.

Requested this 13th of November, 2025.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**ERNEST C. GARCIA**
Chief, Administrative Law Division

*/s/ Sherlyn Harper*
**SHERLYN HARPER**
State Bar No. 24093716

Assistant Attorney General
Administrative Law Division
OFFICE OF THE TEXAS ATTORNEY GENERAL
808 Travis Street, #1520
Houston, Texas 77002
Telephone: (713) 225-8913
Facsimile: (512) 320-0167
sherlyn.harper@oag.texas.gov

***Counsel for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2025, a true and correct copy of the foregoing document has been served on the following via e-service and/or email:

Norman R. Ladd
SBN: 24041285
nladd@laddtxlaw.com
Prema Autry
SBN: 24082357
pautry@laddtxlaw.com
Ladd Law Firm, P.L.L.C.
223 S. Bonner Ave.
Tyler, Texas 5702
(903) 705-7211 Telephone

***Attorneys for Plaintiff***

/s/ Sherlyn Harper
**SHERLYN HARPER**
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Sherlyn Harper
Bar No. 24093176
catherine.hughes@oag.texas.gov
Envelope ID: 108015595
Filing Code Description: Request
Filing Description: CLERK'S RECORD REQUEST
Status as of 11/13/2025 3:44 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Prema Autry | | pautry@laddtxlaw.com | 11/13/2025 1:30:15 PM | SENT |
| Cheryl Kuester | | ckuester@laddtxlaw.com | 11/13/2025 1:30:15 PM | SENT |
| Norman Ladd | | nladd@laddtxlaw.com | 11/13/2025 1:30:15 PM | SENT |
| Maria Rizo | | Maria.Rizo@hhs.texas.gov | 11/13/2025 1:30:15 PM | SENT |

Associated Case Party: TEXAS HEALTH AND HUMAN SERVICES COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 11/13/2025 1:30:15 PM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 11/13/2025 1:30:15 PM | SENT |

Associated Case Party: ALPHONSE LIPKINS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jayden Jones | | jjones@laddtxlaw.com | 11/13/2025 1:30:15 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Sherlyn Harper
Bar No. 24093176
catherine.hughes@oag.texas.gov
Envelope ID: 108779112
Filing Code Description: Other Document
Filing Description: 2025 1113_Req for Clks Rec 1
Status as of 12/5/2025 2:06 PM CST

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 12/5/2025 2:01:50 PM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 12/5/2025 2:01:50 PM | SENT |

Associated Case Party: Rebecca Murie

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Norman Ladd | | nladd@laddtxlaw.com | 12/5/2025 2:01:50 PM | SENT |
| Prema Autry | | pautry@laddtxlaw.com | 12/5/2025 2:01:50 PM | SENT |